Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> GOLDEN GATE BELL, LLC dba TACO BELL #30752, et al., <br><br> Defendants. | No. 2:17-cv-02272-TLN-KJN <br><br> **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**WHEREAS,** Plaintiff Francisca Moralez ("Plaintiff") seeks to amend her complaint to allege additional barriers relating to her disability which were identified at the site inspection of the subject property, as permitted by Chapman v. Pier 1 Imports (U.S.), Inc., 631 F.3d 939, 944 (9th Cir. 2011), and required by Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice Defendants, Golden Gate Bell, LLC and ACV GGB PropCo, LLC (collectively "Defendants"), nor does the amendment in any way change the nature of the action;

**WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's

<mark>

Pretrial Scheduling Order dated February 6, 2018 (Dkt. 8) pursuant to Fed. R. Civ. P. 16(b)(4);

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: July 20, 2018          MISSION LAW FIRM, A.P.C.

                              */s/ Zachary M. Best*
                              Zachary M. Best
                              Attorneys for Plaintiff,
                              Francisca Moralez

Dated: July 20, 2018          LELAND, PARACHINI, STEINBERG,
                              MATZGER & MELNICK, LLP

                              */s/ David B. Tillotson*
                              David B. Tillotson
                              Ravi D. Sahae
                              Attorneys for Defendants,
                              Golden Gate Bell, LLC
                              and ACV GGB PropCo, LLC

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: August 10, 2018

Troy L. Nunley
United States District Judge